**Dismissed and Memorandum Opinion filed July 1, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00786-CV

**MARK YOUNG D/B/A TEXCORE CONSTRUCTION SPECIALTIES,**
**Appellant**

**V.**

**TRENTHAM CONSTRUCTION, INC., Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-44044**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 29, 2020. The clerk's record was filed March 30, 2021. No brief was filed.

On May 6, 2021, this court issued an order stating that unless appellant filed a brief on or before June 1, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.